May Term,
1835.
―――――
BELL
v.
TROTTER.

―――――

BELL v. TROTTER.—In error.

Tuesday,
May 26.

JUDGMENT for the plaintiff in a suit before a justice of the peace. Appeal to the Circuit Court by the defendant. The Circuit Court dismissed the suit; and, on a writ of error, the judgment of dismissal was affirmed. The reason given for the affirmance was, that it did not appear from the transcript of the record, that the plaintiff below had filed any statement of his demand, or any note or other writing relied on as the cause of action.